IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKI M. SMITH                                                                                    PLAINTIFF

v.                                NO. 3:11CV00098 HDY

MICHAEL J. ASTRUE,                                                     DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Commissioner of the Social Security Administration. The complaint filed by plaintiff Ricki M. Smith is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ___19___ day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE